JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

DAVID BRAY,

        Plaintiff,

v.

SEARS HOLDINGS, INC.; and DOES
1 to 25, inclusive,

        Defendants.

Case No. CV13-1215-ABC (MANx)

[~~PROPOSED~~] **ORDER ON
STIPULATION OF DISMISSAL
WITH PREJUDICE**

1    Having reviewed the Parties' Stipulation of Dismissal With Prejudice, IT IS

2    HEREBY ORDERED that the case *David Bray v. Sears Holdings, Inc.*, Case No.

3    Case No. CV13-1215-ABC (MANx) is dismissed with prejudice.  Each party is to

4    bear its own respective fees and costs.  All pending proceedings are vacated and no

5    further proceedings shall take place in this action.

6         IT IS SO ORDERED.

7

8    Dated: March 11, 2014

9

10                                   _____
11                                   JUDGE OF THE U. S. DISTRICT COURT
                                     CENTRAL DISTRICT OF CALIFORNIA

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28